# Court of Appeals
# of the State of Georgia

ATLANTA,  March 19, 2018

*The Court of Appeals hereby passes the following order:*

## A18E0038. SEIBERT v. ALEXANDER et al.

Steven Seibert's emergency motion for an extension of time to file a discretionary appeal is hereby DENIED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  03/19/2018
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.